FILED
IN CLERKS OFFICE

**FORM TO BE USED BY FEDERAL PRISONERS IN FILING A CIVIL ACTION
UNDER 28 U.S.C. § 1331 OR § 1346**

2021 APR 22  AM 11: 25

**IN THE UNITED STATES DISTRICT COURT**
U.S. DISTRICT COURT
DISTRICT OF MASS.

**DISTRICT OF** _MASSACHUSETTS_

**DIVISION**

_TERENCEL, THOMAS_
_28044-031  PRO-SE_
_____
_____

(Enter above the full name of the Plaintiff
or Plaintiffs in this action)

**VS.**

_U,S. OF A., ET. AL._
_JAILOR/WARDEN, boncher_
_GOVERNMENT_
_____

(Enter above the full name of the Defendant
or Defendants in this action)

A.  Have you begun other actions in Federal Court dealing with the same facts involved in this
Action?  Yes_____  No __✓___

B.  If your answer to A is yes, describe the action in the spaces below.  (If there is more than one
action, describe the additional actions on the reverse side of this page).

   1.  Parties to the action: _____
      _____
      _____

   2.  Court (Federal Court name the district): _____
      _____

   3.  Docket Number: _____
   4.  Name of Judge to whom case was assigned: _____
      _____

1

5. Disposition: (Was case dismissed? Was it appealed? Is it still pending?) : _____

_____

C. 1. Did you present the facts relating to your complaint in the internal prison grievance procedure?   Yes _____ No ✔

2. If your answer is Yes, what was the result? _____

_____

_____

3. If your answer is No, explain. NOT PRISON/INSTITUTION RELATED <u>DOC</u>
TO DEPT OF CORRECTIONS FOR STATE AND NATIONAL CONSTITUTO-
-IONAL, REMEDIES do NOT HAVE TO EXHAUSTED FOR NATION WIDE ISSUE

D. 1. Did you present your claim to the Bureau of Prisons or other Federal agency for administrative action?   Yes _____ No ✔

2. If your answer is yes, state the date such claim was submitted and what action, if any has been taken. _____

_____

_____

3. If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other Federal agency concerning your claim.

E. 1. Are you suing for a work related injury?   Yes _____ No ✔

2. If your answer is Yes, state the nature of the duties you were performing when the injury occurred. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2

# TRAVERSE And Rebuttal

I was sent a memorandum and order by case NO 21.3059-SAC to which I claim the following facts in rebuttal and traverse:

28 USC § 1391(b) was quoted to deny me rights to a proper venue to which I did file and claim my reason for filing with the district of Kansas that being document 1-1 Filed 2.26.21 pg. 1 of 1 stating that a designation of trial form was not available I went on to ask for aide and assistance in this matter by agciving that if templates are suggested or the court can resolve the matter by just do so fore I dont have the means or resources.

28 USC § 1406(a) states the same outlook as above quoted however I am a layman seeking relief from the court Not mootness because biastor or prejudice. I asked the court to transfer said document to its proper station and I believe I was denied because Im a mental ill person that whic dr illgal.

42 USC §§ 12101 - 12213 (ADA)

I was dismissed without prejudice because I allegly failed to state a claim of consitutional violation.

Page 3 of document 1) Page 3 dated 2-26-21 states Access to Law library ; PLRA, given the short notice to file I havent had adquate law library since Nov. 2020 affecting case 21-cv-03059-5ac; 20-cv-03 19-cv-01211-EFM, 20-3224, and 16-cr-10039 EFm Appeals Respectfully

(1)

Access to law library is covered by Lewis V. Casey which stated I must have access to pursue these named cases. also Ex parte hull, 312 u.s. 546 (1941) johnson V. Avery, 383 u.s. 483 (1969) and Bounds v. smith 430 us 817 (1977). I quote benjamin v. kerik, 102 F. supp. 2d 157 (S.D.N.Y.) (2000) I didn't and was denied access to law library from Nov. til Feb. where as I couldn't look up case that are cited for a respone and vid outgoing mail for the previous mentioned cases of mine. If not these date close and by Far and I was in the basic principles of construction class with aus instructor of the name Mr. Hicks On fridays we have class for a hour to an hour and a half which is a ~~choice between~~ choice between programs of vocational knowledge or law library where as when it was on our unit (law library icon on toulines) it was easier to manage time and deadlines

this violates my first Amendment "freedom to/right to petition the goverment for redress of grievance. and una the fifth and fourteenth amendment due process of law or in short the right to access the courts all following PLRA for relief I will like the toulines icon of law library open to the mental health unit as others same as such as microwaves. which brings me to my next ~~statement~~ statement of Facts.

the fourteenth amendment state Equal protection of the law)

As stated previously it is against the law to treat other Ø in a discriminating manner especially those who are disabled (ADA) following this catagory is mentally ill persons.

N unit is a mental health unit and because media has publicated that inadequcy in mental health treatment, cruel and unusal punishment and unconstitutional standings of discrimantion we havent recieved a microwave and our lawlibrary have been limited. It is believed that cause where mental health which is discrimination which i stated on page 3 of document 1 filed 2 26 21 pg 3 of 7, which violates my 14th amendment right thereby under PLRA and which I quote so when it was stated I made no claim I ask and pray the court reflect on these matters.

Lastly about the microwave it states that the 8th amendment is in conjuction with a right to numane conditions, anything beyond this is cruel and unusal punishment Palmer v. Johnson 193 F3d. 346 (5th cir 1999) being a totality of the condition we was told that they wont replace them cause it was higher officals that told them not to which then concurring that they are phasing them out I would like the truth as relief and a replacement aslo the old warden (spaulding) said it was approved through DC to have microwaves yet the new one refuse

(3)

42 usc section 1983 document 1 filed
2/26/21 pg 5 of 7, 6 of 7 and 7 of 7
States my right to due process and my
First amendment right of freedom of expression
I believe my life involving crime have been stem
from the fact of lack of an imagination
and pursuant of a career I found that
with my business Ideas, straigies, concepts
and writtings thato which I will like to
have reserved for copyrights, patent,
tradmakk, abrica, and coding, and what ever else may
deemed fit.

denying this is denying me due process
and violation of my first amendment and given
will be cruel and unushal punishment seeing others do
it all the time and lastly a violation of my fourtheenth
amvendment free from discrimination.

Thank you for your Time

Terence Thomas
2804408l
Po Box 879
Ayem MA 01432

(4)

**PARTIES**

(In item I. Below, place our name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any).

I. Name of Plaintiff: _TERENCE L. THOMAS 28044-031 FCC SE_
   Address: _PO BOX 879 - NR401 - 42 PATTON RD FMC DEVENS AYER_
   _MA 01432_

(In item II. Below, place the full name of the defendant in the first blank, his / her official position in the second blank, and his / her place of employment in the third blank. Use the space below item II. for names, positions and places of employment of any additional defendants.)

II. Defendant _US OF A, ET. AL._   is employed as _#### JAILOR_
   _MS BONCHER, ET AL_   _WARDEN, GOV'T_   At _204 U.S COURT HOUSE_
   _401 N MARKET ST_
   _WICHITA, KANSAS 67222_
   _AND_
   _FMC DEVENS, FBOP_

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet(s), if necessary.)

_MORE THAN 1 OR 2 DAYS_
_Access to law libarary: PLRA; as an inmate_
_that Falls within the prison litigation reform Act_
_I have the right to law libarary; the access we_
_have is limited to and non-existant because they refuse_
_to allow us access with only a 30 - 1 hour window a_
_week in the libarary when we have a public domain_
_on the things that access been restrict to which I_
_quote to many lawsuit have been Filed._
_(2) our unit is a mental health to which we have_
_no access to microwaves however Everyone else does_
_like (J-Unit) which had two replace we will like our_
_microwave replaced and to stop being discrimated against_
_because of mental issues. PREVIOUS WARDEN SPAULDING OBTAINED_
_PERMISSION FROM WASHINGTON To keep microwaves AND BONCHER did AWAY_
_WITH THAT FOR MENTAL HEALTH but Kept IT ENACTED FOR GENERAL_
_POPULATION UNITS._

**RELIEF**

IV. State what relief you seek from the Court. Make no legal arguments. Cite no cases or statutes.

We will like access to the law library more at least again on our Unit by true lines access panel as before also we will like microwaver or our microwave replased or have something I'm whitting on why we can not however otess others do. as a mental health pasient and legal rights activist I will like to say I have and appeal that i need tended to as well as will like a microwave

Signed this __14__ day of __APRIL__ 2021.

⇔28044-031⇔
Terence Thomas
PO BOX .879
AYER, MA 01432
United States

(Signature of Plaintiff or Plaintiffs)

*Terence Thomas*

**DECLARATION**

I, __TERENCE L. THOMAS__ declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed __14TH APRIL, 2021__ at __FMC DEVENS__
Date                                    Place

*Terence Thomas*
Signature of Plaintiff

_____
Signature of Attorney (If Any)

4

DEAR office of the clerk

I. TERENCE LAMONE Thomas is currently indigent an given my recent Circumstance I will like to say do note have access law libasary Except For once a week on friday For an hour which Hampers my DUE PROCESS ACCESS To courts I was told that they do not have 'designation of place of trial' Forms, so please Im asking for a template or I will like to Explain for the record that I am from wichita Kansas and currently residing In massrchesstter which if need be will accept a designated trial here or wherever the venue need be.

Lastly I will like to Say I have a few other issues to take Care of given my current situation that deal with my living condition that I will write of in further regard when I know more of my Case.

Thanks you

⇔28044-031⇔
Terence Thomas
PO BOX .879
AYER, MA 01432
United States