UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERENCE L. THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Civil Action No. 21-10682-DJC |

## ORDER

**CASPER, J.**                                                                                                 **August 20, 2021**

In an Order dated June 16, 2021, D. 4, the Court ordered plaintiff Terence L. Thomas ("Thomas") to pay the $402 filing fee or seek leave to proceed *in forma pauperis*. The Court informed Thomas that failure to comply with the order within twenty-one days would result in dismissal of the action without prejudice.

More than twenty-one days have passed since the June 16, 2021 Order. Thomas has not complied with the Order or filed any document concerning the filing fee.

Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

**So Ordered.**

                                                      /s/ Denise J. Casper
                                                    United States District Judge